# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00476-CV

### In the Matter of D. J. M.

### FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### NO. 807, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on July 30, 2018. By request to this Court dated August 6, 2018, Nancy A. Urbanowicz requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those appeals from the decision of a juvenile court under Section 54.02 waiving its exclusive jurisdiction and certifying the juvenile to stand trial as an adult. *See* Tex. Sup. Ct. Misc. Docket No. 15-9156 (Aug. 28, 2015); Tex. R. App. P. 35.3(c); *see also* Acts 2015, 84th Leg., R.S., ch. 74 (S.B. 888). Accordingly, Nancy A. Urbanowicz is hereby ordered to file the reporter's record in this case on or before August 17, 2018. If the record is not filed by that date, Urbanowicz may be required to show cause why she should not be held in contempt of court.

It is ordered on August 8, 2018.

Before Chief Justice Rose, Justices Pemberton and Field